# EXHIBIT 2

### LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

### U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16

Lone Star Document Management LLC ("Lone Star") provides evidence of infringement of claim 16 of U.S. Patent No. 6,918,082 (hereinafter "the '082 patent") by Ricoh USA, Inc. ("Ricoh"). In support thereof, Lone Star provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least Ricoh systems and methods, including one or more hardware and software products for document and content management and related services, which by way of example include but are not limited to the RICOH Content Manager document management solution. (*see, e.g.*, RicohContentManager_Broch_FINAL_020117, https://www.ricoh- americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf) (Exhibit 4) (the "Accused Instrumentalities").

These claim charts demonstrate Ricoh's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Ricoh has not yet provided any non-public information. An analysis of Ricoh's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality. Accordingly, Lone Star reserves the right to supplement this infringement analysis once such information is made available to Lone Star. Furthermore, Lone Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Lone Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Lone Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Lone Star contends that Ricoh directly infringes the '082 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

Unless otherwise noted, Lone Star believes and contends that each element of each claim asserted herein is literally met through Ricoh's provision of the Accused Instrumentalities. However, to the extent that Ricoh attempts to allege that any asserted claim element is not literally met, Lone Star believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Lone Star did not identify any substantial differences

1 of 43

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Lone Star asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Lone Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Ricoh.  Lone Star also reserves the right to amend this infringement analysis by citing other claims of the '082 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  Lone Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| Claim #10 | Accused Instrumentalities |
|---|---|
| **A system for proofing electronic documents delivered over a network, comprising:** | **The Accused Instrumentalities comprise a system for proofing electronic documents delivered over a network.**<br><br>The Accused Instrumentalities include a system for proofing electronic documents delivered over a network<br><br>In particular, the Accused Instrumentalities include "Ricoh Content Manager", which uses a system for proofing electronic documents delivered over a network.<br><br>RICOH Content Manager is a cloud-based document management solution that gives you the structure and control to move information into the hands of people that need it. It is flexible enough to meet the needs of a single individual, a workgroup or hundreds of users throughout the organization. RICOH Content Manager delivers true document management and provides many advantages over other, widely used internet file-sharing solutions. Not only do you have the capability to securely upload and store documents, you can categorize documents by type and manage them throughout their lifecycle, collaborate with individuals and departments, easily search and locate the correct file, access a full audit trail of all activity and much more.<br><br>Source: RicohContentManager_Broch_FINAL_020117, p.1<br><br>https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

|  | **Better than cloud storage**<br><br>**Everything you like about cloud storage services and more!**<br><br>RICOH Content Manager provides many advantages over other, widely used internet file-sharing solutions. Like other solutions, you can securely upload, store files and share access and links to content with others — but with RICOH Content Manager, you get true document management that's also approachable. You don't have to be a specialist to benefit from advanced capabilities — including the ability to categorize documents by type and manage them throughout their lifecycle, collaborate with individuals and departments, version content, easily search and locate the correct file, enable access from mobile devices and much more.<br><br>Source: Ricoh Content Manager_ 4120, p.3<br><br>https://webtools.evolvedoffice.com/ProductDocs/4120.pdf |
|---|---|

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

 DOCUMENT MANAGEMENT SOLUTION



Ricoh's Document Management Solution (DMS) or Enterprise Content Management (ECM) can help you tame the chaos of information overload. We will help you create a strategy and a system that makes sense of the data you have.

■ **Document Management Solution (DMS)**

DMS is most effective in managing simple archives for small organizations. It manages how documents are created, surveyed, collaborated on and channeled through workflow. DMS allows your organization to organize and control documents electronically. Moreover, Document Management Software permits data sharing between clients and ease of collaboration, particularly virtual groups.

Source: Ricoh Content Manager brochure FAOL, p.3

https://www.ricoh.com.my/office-solutions/-/media/rms/files/pdfs/products_brochure/solutions-brochure/solutions-brochure.pdf

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| | **RICOH Content Manager advantages**  **Security & control** Control who accesses information, and whether they can only view files or can make changes to documents. Source: RicohContentManager_Broch_FINAL_020117, p.2 https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| | ## Tighten data security<br><br>**Don't risk the safety of your confidential information.**<br><br>Making your enterprise content accessible doesn't mean making it vulnerable. Our Content Management services help protect your data by:<br><br>• Setting tiered privileges to protect sensitive data by defining who can view, edit, approve, publish content — or not see it all.<br>• Password-protecting document access.<br>• Tracking edits, views and versions.<br>• Backing up data to avoid business interruption.<br>• Mitigating compliance risk associated with paper documents and manual workflows.<br>• Protecting against threats.<br>• Deploying safeguards and audit trails.<br><br>Source: Ricoh content-management-services<br><br>https://www.ricoh-usa.com/en/services-and-solutions/enterprise-content-management-workflow-services/enterprise-content-management-services<br><br><br>The evidence above confirms that the Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>An example of a "proofing" within the '082 patent is "to view the document version for review and comment" (See '082, e.g., 3:59-62). |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents.  The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |
| **a database of portable format electronic documents stored together with at least one proofer identifier;** | **The Accused Instrumentalities comprise a database of portable format electronic documents stored together with at least one proofer identifier.**<br><br>The Accused Instrumentalities include a database of portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "Ricoh Content Manager" which uses a database (repository) of document including portable format electronic documents.<br><br>RICOH Content Manager is a cloud-based document management solution that gives you the structure and control to move information into the hands of people that need it. It is flexible enough to meet the needs of a single individual, a workgroup or hundreds of users throughout the organization. RICOH Content Manager delivers true document management and provides many advantages over other, widely used internet file-sharing solutions. Not only do you have the capability to securely upload and store documents, you can categorize documents by type and manage them throughout their lifecycle, collaborate with individuals and departments, easily search and locate the correct file, access a full audit trail of all activity and much more.<br><br>Source: RicohContentManager_Broch_FINAL_020117, p.1<br><br>https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

The following file formats are supported by the DocumentMall Ajax Viewer.

## DocumentMall Ajax Viewer

| File Formats | Description |
|---|---|
| **Text Formats** | |
| bib | BibTeX [.bib] |
| doc | Microsoft Word 97/2000/XP [.doc] |
| doc6 | Microsoft Word 6.0 [.doc] |
| doc95 | Microsoft Word 95 [.doc] |
| docx | Microsoft Word 2007 [.docx] |
| docbook | DocBook [.xml] |
| html | HTML Document (OpenOffice.org Writer) [.html] |
| odt | Open Document Text [.odt] |
| ott | Open Document Text [.ott] |
| ooxml | Microsoft Office Open XML [.xml] |
| pdb | AportisDoc (Palm) [.pdb] |
| pdf | Portable Document Format [.pdf] |
| psw | Pocket Word [.psw] |
| rtf | Rich Text Format [.rtf] |

Source: Online viewer supported file formats

https://kb.gsd.ricoh.com/app/answers/detail/a_id/123484/~/online-viewer-supported-file-formats

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

■ **Workflow, Capture & Process Management**

Distributing, sharing and handling of documents digitally. Simple and user friendly interface. Transforming paper documents into electronic file formats including Microsoft Word, Excel, PowerPoint, PDF, searchable PDF, TXT, TIFF, JPG, etc.

Source: Ricoh Content Manager brochure FAOL, p.5

https://www.ricoh.com.my/office-solutions/-/media/rms/files/pdfs/products_brochure/solutions-brochure/solutions-brochure.pd



Source: Ricoh Content Manager_ 4120, p.3

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**



**Digital processes need a smart file repository**

When digital content is stored in a hierarchy of folders with contributions from multiple people, it's only a matter of time before naming conventions and filing rules are broken — making it easy to lose important content, which can sometimes be hiding in plain sight. Your information should be useful, easy to locate and mobile. A smart, properly managed file repository not only knows where a file is, but also what kind of file it is, who added it and various attributes that will make for quick retrieval.

Source: Ricoh Content Manager_ 4120, p.2

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

11 of 43

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**



### Bring your different kinds of content together

From paper and electronic documents to images, faxes and entered data, intelligent content management can unify records around customers, topics, vendors, projects and more. Scanned signatures and hand-written pages can be managed right alongside digital files.

Source: Ricoh Content Manager_ 4120, p.2

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

### RICOH Content Manager advantages



### Security & control

Control who accesses information, and whether they can only view files or can make changes to documents.

Source: RicohContentManager_Broch_FINAL_020117, p.2

https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**



Source: Ricoh Content Manager brochure FAOL, p.3

https://www.ricoh.com.my/office-solutions/-/media/rms/files/pdfs/products_brochure/solutions-brochure/solutions-brochure.pd

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

## Proper security and control

### Maintain a full chain of custody you can audit

RICOH Content Manager gives you the structure and control to protect information while moving it efficiently into the hands of people that need it. Use the Retention Policy Manager to dictate retention policies by document or folder. Control content distribution by setting access permissions for users and groups. When users "check out" a document for editing — the document is automatically versioned and a history is maintained that shows who accessed a document and the actions taken. RICOH Content Manager also provides comprehensive activity tracking. Detailed reporting includes full audit trails with account history, even down to the individual document and user level.

Source: Ricoh Content Manager_ 4120, p.4

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

| | | |
|---|---|---|
| **Audit reports** | • Detailed reports show who accessed a document and the actions taken | • Audit trail with account history |
| **Administration** | • Manage users and groups (7 access levels)<br>• Unlimited permission sets<br>• Set security and permissions for a cabinet, a folder or a document | • Indexing templates — provide consistent indexing |

Source: Ricoh Content Manager_ 4120, p.3

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16



Source: Configuring Access Permission for Each Stored File

http://support.ricoh.com/bb_v1oi/pub_e/oi_view/0001053/0001053552/view/security/int/0145.htm

Source: Configuring Access Permission for Each Stored File

http://support.ricoh.com/bb_v1oi/pub_e/oi_view/0001053/0001053552/view/security/int/0145.htm

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

## Accessing Documents in Document Server from a Web Browser

When using Web Image Monitor, you can display or download the documents stored in the document server from a computer.

1 **Start a web browser on your computer.**

2 **Enter "http://(IP address of the machine) or (host name)/" in the address bar of the Web browser.**

3 **On the top page of Web Image Monitor, click [Login].**

Source: Ricoh support

http://support.ricoh.com/bb_v1oi/pub_e/oi_view/0001080/0001080399/view/document/int/wim.htm#:~:text=Start%20a%20web%20browser%20on,or%20download%20the%20stored%20document.&text=(Details)%20to%20change%20the%20type%20of%20display.&text=icon%20to%20display%20the%20details,and%20then%20click%20%5BDownload%5D.

Source: Accessing Document Server From PC (Time Stamp , 0:27 sec)

https://www.youtube.com/watch?v=4iajVVJ41Us

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16

| | |
|---|---|
| | **4** Enter the login user name and password, and then click [Login]. |
| | **5** Click [Document Server] on [Print Job/Stored File]. |
| | **6** Click the folder containing the desired document. |
| | Source: Ricoh support |
| | http://support.ricoh.com/bb_v1oi/pub_e/oi_view/0001080/0001080399/view/document/int/wim.htm#:~:text=Start%20a%20web%20browser%20on,or%20download%20the%20stored%20document.&text=(Details)%20to%20change%20the%20type%20of%20display.&text=icon%20to%20display%20the%20details,and%20then%20click%20%5BDownload%5D. |
| | The Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier. |
| | An example of a "portable format document" within the '082 patent is "to allow document creators and document approvers (or proof-readers) to exchange computer files without regard to the original authoring software or computer platform." (See '082, e.g., 1:55-58). An example of a "proof identifier" within the '082 patent is "a client is a unique group/collection of proofers. In this regard, it is understood that members of a client group may each have the same or different proofer identifiers." (See '082, e.g., 5:35-38). |
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| **a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents; and** | **The Accused Instrumentalities comprise a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.**<br><br>The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments.<br><br>In particular, the Accused Instrumentalities include "Ricoh Content Manager" which uses "Collaborative mark up and annotation" for receiving reviewers' annotations (comments.)<br><br>## Tighten data security<br><br>**Don't risk the safety of your confidential information.**<br><br>Making your enterprise content accessible doesn't mean making it vulnerable. Our Content Management services help protect your data by:<br><br>• Setting tiered privileges to protect sensitive data by defining who can view, edit, approve, publish content — or not see it all.<br>• Password-protecting document access.<br>• Tracking edits, views and versions.<br>• Backing up data to avoid business interruption.<br>• Mitigating compliance risk associated with paper documents and manual workflows.<br>• Protecting against threats.<br>• Deploying safeguards and audit trails.<br><br>Source: Ricoh content-management-services<br><br>https://www.ricoh-usa.com/en/services-and-solutions/enterprise-content-management-workflow-services/enterprise-content-management-services |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| | **Audit reports** • Detailed reports show who accessed a document and the actions taken  • Audit trail with account history<br><br>**Administration** • Manage users and groups (7 access levels) • Unlimited permission sets • Set security and permissions for a cabinet, a folder or a document  • Indexing templates — provide consistent indexing<br><br>Source: Ricoh Content Manager_ 4120, p.3<br><br>https://webtools.evolvedoffice.com/ProductDocs/4120.pdf<br><br>**Collaboration**<br><br>Work as a team. Mark up / annotate documents without editing the original file, get notifications of changes and stay in sync.<br><br>Source: RicohContentManager_Broch_FINAL_020117, p.2<br><br>https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

<table>
<tr>
<td></td>
<td>

## Collaborate with others

### Mark up documents, stay in sync and work as a team

Work as a team on a document — no need to rely on emailing files around and risk losing track of the latest version. Mark up and annotate documents without editing the original file, get automatic notifications when there are changes and stay in sync. RICOH Content Manager's versatile sharing and collaboration capabilities are ideal for remote offices, mobile workers and outside vendors or partners. Email files directly from RICOH Content Manager to others or send links to download — no email attachments required.

Source: Ricoh Content Manager_ 4120, p.4

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

### Collaborate

- Add markups and annotate without altering the original document
- Email out — send attachments or links to documents (requires username and password)

Source: RicohContentManager_Broch_FINAL_020117, p.3

https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf

</td>
</tr>
</table>

| |
|---|

**Proper security and control**

**Maintain a full chain of custody you can audit**

RICOH Content Manager gives you the structure and control to protect information while moving it efficiently into the hands of people that need it. Use the Retention Policy Manager to dictate retention policies by document or folder. Control content distribution by setting access permissions for users and groups. When users "check out" a document for editing — the document is automatically versioned and a history is maintained that shows who accessed a document and the actions taken. RICOH Content Manager also provides comprehensive activity tracking. Detailed reporting includes full audit trails with account history, even down to the individual document and user level.

Source: Ricoh Content Manager_ 4120, p.4

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

The evidence above confirms that the Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.

An example of a "computer connectable to the network" within the '082 patent is "Documents 54 are received from creators 56 and made available to proofers 52 over a network 58 by central computer 60." (See '082, e.g., 3:56-58). An example of "receiving plurality of comments" within the '082 patent is "Upon review of displayed document versions, proofers 52 may return comments 70 to central computer 60 for storage on database 64 together with the corresponding document version." (See '082, e.g., 4:6-9).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| **a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents;** | **The Accused Instrumentalities comprise a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.** <br><br> The Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents. <br><br> In particular, the Accused Instrumentalities include "Ricoh Content Manager" which includes a program executing on computer for associating and storing the received "plurality of comments" together with document (i.e., the particular portable format electronic documents) in database (i.e., repository). <br><br> **Better than cloud storage** <br><br> **Everything you like about cloud storage services and more!** <br><br> RICOH Content Manager provides many advantages over other, widely used internet file-sharing solutions. Like other solutions, you can securely upload, store files and share access and links to content with others — but with RICOH Content Manager, you get true document management that's also approachable. You don't have to be a specialist to benefit from advanced capabilities — including the ability to categorize documents by type and manage them throughout their lifecycle, collaborate with individuals and departments, version content, easily search and locate the correct file, enable access from mobile devices and much more. <br><br> Source: Ricoh Content Manager_ 4120, p.3 <br><br> https://webtools.evolvedoffice.com/ProductDocs/4120.pdf |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**



### Digital processes need a smart file repository

When digital content is stored in a hierarchy of folders with contributions from multiple people, it's only a matter of time before naming conventions and filing rules are broken — making it easy to lose important content, which can sometimes be hiding in plain sight. Your information should be useful, easy to locate and mobile. A smart, properly managed file repository not only knows where a file is, but also what kind of file it is, who added it and various attributes that will make for quick retrieval.

Source: Ricoh Content Manager_ 4120, p.2

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| | The following file formats are supported by the DocumentMall Ajax Viewer.<br><br>**DocumentMall Ajax Viewer**<br><br>| File Formats | Description |<br>|---|---|<br>| **Text Formats** | |<br>| bib | BibTeX [.bib] |<br>| doc | Microsoft Word 97/2000/XP [.doc] |<br>| doc6 | Microsoft Word 6.0 [.doc] |<br>| doc95 | Microsoft Word 95 [.doc] |<br>| docx | Microsoft Word 2007 [.docx] |<br>| docbook | DocBook [.xml] |<br>| html | HTML Document (OpenOffice.org Writer) [.html] |<br>| odt | Open Document Text [.odt] |<br>| ott | Open Document Text [.ott] |<br>| ooxml | Microsoft Office Open XML [.xml] |<br>| pdb | AportisDoc (Palm) [.pdb] |<br>| pdf | Portable Document Format [.pdf] |<br>| psw | Pocket Word [.psw] |<br>| rtf | Rich Text Format [.rtf] |<br><br>Source: Online viewer supported file formats<br><br>https://kb.gsd.ricoh.com/app/answers/detail/a_id/123484/~/online-viewer-supported-file-formats |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

■ **Workflow, Capture & Process Management**

Distributing, sharing and handling of documents digitally. Simple and user friendly interface. Transforming paper documents into electronic file formats including Microsoft Word, Excel, PowerPoint, PDF, searchable PDF, TXT, TIFF, JPG, etc.

Source: Ricoh Content Manager brochure FAOL, p.5

https://www.ricoh.com.my/office-solutions/-/media/rms/files/pdfs/products_brochure/solutions-brochure/solutions-brochure.pd



## Collaboration

Work as a team. Mark up / annotate documents without editing the original file, get notifications of changes and stay in sync.

Source: RicohContentManager_Broch_FINAL_020117, p.2

https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

## Collaborate with others

### Mark up documents, stay in sync and work as a team

Work as a team on a document — no need to rely on emailing files around and risk losing track of the latest version. Mark up and annotate documents without editing the original file, get automatic notifications when there are changes and stay in sync. RICOH Content Manager's versatile sharing and collaboration capabilities are ideal for remote offices, mobile workers and outside vendors or partners. Email files directly from RICOH Content Manager to others or send links to download — no email attachments required.

Source: Ricoh Content Manager_ 4120, p.4

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

**Collaborate**

- Add markups and annotate without altering the original document
- Email out — send attachments or links to documents (requires username and password)

Source: RicohContentManager_Broch_FINAL_020117, p.3

https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| | **Proper security and control**<br><br>**Maintain a full chain of custody you can audit**<br><br>RICOH Content Manager gives you the structure and control to protect information while moving it efficiently into the hands of people that need it. Use the Retention Policy Manager to dictate retention policies by document or folder. Control content distribution by setting access permissions for users and groups. When users "check out" a document for editing — the document is automatically versioned and a history is maintained that shows who accessed a document and the actions taken. RICOH Content Manager also provides comprehensive activity tracking. Detailed reporting includes full audit trails with account history, even down to the individual document and user level.<br><br>Source: Ricoh Content Manager_ 4120, p.4<br><br>https://webtools.evolvedoffice.com/ProductDocs/4120.pdf<br><br>The evidence confirms that the Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.<br><br>An example of a "program executing on computer" within the '082 patent is "The computer also receives comments submitted by proofers, in which case the program stores the comments together with the corresponding document version." (See '082, e.g., 3:28-30).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents.  The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| **said computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document;** | **The Accused Instrumentalities comprise a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.**<br><br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier.<br><br>In particular, the Accused Instrumentalities include "Ricoh Content Manager" which comprising a computer for receiving a request from Reviewer (proofer) presenting their log in ID (i.e., proofing identifier).<br><br>**Tighten data security**<br><br>**Don't risk the safety of your confidential information.**<br><br>Making your enterprise content accessible doesn't mean making it vulnerable. Our Content Management services help protect your data by:<br><br>• Setting tiered privileges to protect sensitive data by defining who can view, edit, approve, publish content — or not see it all.<br>• Password-protecting document access.<br>• Tracking edits, views and versions.<br>• Backing up data to avoid business interruption.<br>• Mitigating compliance risk associated with paper documents and manual workflows.<br>• Protecting against threats.<br>• Deploying safeguards and audit trails.<br><br>Source: Ricoh content-management-services<br><br>https://www.ricoh-usa.com/en/services-and-solutions/enterprise-content-management-workflow-services/enterprise-content-management-services |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

## Accessing Documents in Document Server from a Web Browser

When using Web Image Monitor, you can display or download the documents stored in the document server from a computer.

**1** **Start a web browser on your computer.**

**2** **Enter "http://(IP address of the machine) or (host name)/" in the address bar of the Web browser.**

**3** **On the top page of Web Image Monitor, click [Login].**

Source: Ricoh support

http://support.ricoh.com/bb_v1oi/pub_e/oi_view/0001080/0001080399/view/document/int/wim.htm#:~:text=Start%20a%20web%20browser%20on,or%20download%20the%20stored%20document.&text=(Details)%20to%20change%20the%20type%20of%20display.&text=icon%20to%20display%20the%20details,and%20then%20click%20%5BDownload%5D.

Source: Accessing Document Server From PC (Time Stamp , 0:27 sec)

https://www.youtube.com/watch?v=4iajVVJ41Us

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

**4** **Enter the login user name and password, and then click [Login].**

**5** **Click [Document Server] on [Print Job/Stored File].**

**6** **Click the folder containing the desired document.**

Source: Ricoh support

http://support.ricoh.com/bb_v1oi/pub_e/oi_view/0001080/0001080399/view/document/int/wim.htm#:~:text=Start%20a%20web%20browser%20on,or%20download%20the%20stored%20document.&text=(Details)%20to%20change%20the%20type%20of%20display.&text=icon%20to%20display%20the%20details,and%20then%20click%20%5BDownload%5D.



Source: Accessing Document Server From PC (Time Stamp , 0:40 sec)

https://www.youtube.com/watch?v=4iajVVJ41Us

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**



Source: Accessing Document Server From PC (Time Stamp, 0:49 sec)

https://www.youtube.com/watch?v=4iajVVJ41Us

Source: Accessing Document Server From PC (Time Stamp, 0:53 sec)

https://www.youtube.com/watch?v=4iajVVJ41Us

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**



## RICOH Content Manager advantages

### Security & control

Control who accesses information, and whether they can only view files or can make changes to documents.

Source: RicohContentManager_Broch_FINAL_020117, p.2

https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf

| Audit reports | • Detailed reports show who accessed a document and the actions taken | • Audit trail with account history |
| --- | --- | --- |
| Administration | • Manage users and groups (7 access levels)<br>• Unlimited permission sets<br>• Set security and permissions for a cabinet, a folder or a document | • Indexing templates — provide consistent indexing |

Source: Ricoh Content Manager_ 4120, p.3

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**



Source: Configuring Access Permission for Each Stored File

http://support.ricoh.com/bb_v1oi/pub_e/oi_view/0001053/0001053552/view/security/int/0145.htm

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16



**12** Select the user to whom you want to assign access permission, and then select the permission.

Select the access permission from [Read-only], [Edit], [Edit / Delete], or [Full Control].

**13** Press [Exit].

**14** Press [OK].

**15** Log out.

Source: Configuring Access Permission for Each Stored File

http://support.ricoh.com/bb_v1oi/pub_e/oi_view/0001053/0001053552/view/security/int/0145.htm

The evidence above confirms that the Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| **said program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.** | **The Accused Instrumentalities comprise a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.**<br><br>The Accused Instrumentalities include a program for retrieving and formatting the requested document.<br><br>In particular, the Accused Instrumentalities include "Ricoh Content Manager" which provides program for retrieving and formatting "content" (i.e., the requested document).<br><br>**Digital processes need a smart file repository**<br><br>When digital content is stored in a hierarchy of folders with contributions from multiple people, it's only a matter of time before naming conventions and filing rules are broken — making it easy to lose important content, which can sometimes be hiding in plain sight. Your information should be useful, easy to locate and mobile. A smart, properly managed file repository not only knows where a file is, but also what kind of file it is, who added it and various attributes that will make for quick retrieval.<br><br>Source: Ricoh Content Manager_ 4120, p.2<br><br>https://webtools.evolvedoffice.com/ProductDocs/4120.pdf |

**Easy to add and find content**

**Feed in or find content in the office or on the go**

The payoff of properly managed content is quick retrieval when you need to find a document or file. Drag and drop edited or new documents into your account from your desktop or add files by emailing them to RICOH Content Manager. You can rely on powerful full text search that includes the content in your files. You can also filter documents by type — such as invoices, purchase orders and customer records, or filter by criteria — such as vendor name, invoice number and more. You decide which attributes make sense for your department, project or process so that information is quickly available to those who need it.

Source: Ricoh Content Manager_ 4120, p.4

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

## Tighten data security

**Don't risk the safety of your confidential information.**

Making your enterprise content accessible doesn't mean making it vulnerable. Our Content Management services help protect your data by:

- Setting tiered privileges to protect sensitive data by defining who can view, edit, approve, publish content — or not see it all.
- Password-protecting document access.
- Tracking edits, views and versions.
- Backing up data to avoid business interruption.
- Mitigating compliance risk associated with paper documents and manual workflows.
- Protecting against threats.
- Deploying safeguards and audit trails.

Source: Ricoh content-management-services

https://www.ricoh-usa.com/en/services-and-solutions/enterprise-content-management-workflow-services/enterprise-content-management-services

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**



## Collaboration

Work as a team. Mark up / annotate documents without editing the original file, get notifications of changes and stay in sync.

Source: RicohContentManager_Broch_FINAL_020117, p.2

https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf

Collaborate

- Add markups and annotate without altering the original document
- Email out — send attachments or links to documents (requires username and password)

Source: RicohContentManager_Broch_FINAL_020117, p.3

https://www.ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| | **Collaborate with others**<br><br>**Mark up documents, stay in sync and work as a team**<br><br>Work as a team on a document — no need to rely on emailing files around and risk losing track of the latest version. Mark up and annotate documents without editing the original file, get automatic notifications when there are changes and stay in sync. RICOH Content Manager's versatile sharing and collaboration capabilities are ideal for remote offices, mobile workers and outside vendors or partners. Email files directly from RICOH Content Manager to others or send links to download — no email attachments required.<br><br>Source: RICOH Content Manager_ 4120, p.4<br><br>https://webtools.evolvedoffice.com/ProductDocs/4120.pdf<br><br>**Proper security and control**<br><br>**Maintain a full chain of custody you can audit**<br><br>RICOH Content Manager gives you the structure and control to protect information while moving it efficiently into the hands of people that need it. Use the Retention Policy Manager to dictate retention policies by document or folder. Control content distribution by setting access permissions for users and groups. When users "check out" a document for editing — the document is automatically versioned and a history is maintained that shows who accessed a document and the actions taken. RICOH Content Manager also provides comprehensive activity tracking. Detailed reporting includes full audit trails with account history, even down to the individual document and user level.<br><br>Source: Ricoh Content Manager_ 4120, p.4<br><br>https://webtools.evolvedoffice.com/ProductDocs/4120.pdf |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.<br><br>An example of "retrieving and formatting the requested document" within the '082 patent is "Subsequent formatting and display of the same document version may thereby include a complete history of comments submitted by various other reviewers." (See '082, e.g., 4:9-11).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| Claim #16 | Accused Instrumentalities |
| **The system of claim 10 wherein said program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** | **The Accused Instrumentalities comprise a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.**<br><br>The Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>In particular, the Accused Instrumentalities include "Ricoh Content Manager" which provides a program for retrieving record corresponding to document (i.e., requested document) and transmits a URL link that point to the specific document  (i.e., document from data in the record). |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| |
|---|
|  **Digital processes need a smart file repository**

When digital content is stored in a hierarchy of folders with contributions from multiple people, it's only a matter of time before naming conventions and filing rules are broken — making it easy to lose important content, which can sometimes be hiding in plain sight. Your information should be useful, easy to locate and mobile. A smart, properly managed file repository not only knows where a file is, but also what kind of file it is, who added it and various attributes that will make for quick retrieval.

Source: Ricoh Content Manager_ 4120, p.2

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf

**Easy to add and find content**

**Feed in or find content in the office or on the go**

The payoff of properly managed content is quick retrieval when you need to find a document or file. Drag and drop edited or new documents into your account from your desktop or add files by emailing them to RICOH Content Manager. You can rely on powerful full text search that includes the content in your files. You can also filter documents by type — such as invoices, purchase orders and customer records, or filter by criteria — such as vendor name, invoice number and more. You decide which attributes make sense for your department, project or process so that information is quickly available to those who need it.

Source: Ricoh Content Manager_ 4120, p.4

https://webtools.evolvedoffice.com/ProductDocs/4120.pdf |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| | |
|---|---|
| | **Better than cloud storage**<br><br>**Everything you like about cloud storage services and more!**<br><br>RICOH Content Manager provides many advantages over other, widely used internet file-sharing solutions. Like other solutions, you can securely upload, store files and share access and links to content with others — but with RICOH Content Manager, you get true document management that's also approachable. You don't have to be a specialist to benefit from advanced capabilities — including the ability to categorize documents by type and manage them throughout their lifecycle, collaborate with individuals and departments, version content, easily search and locate the correct file, enable access from mobile devices and much more.<br><br>Source: Ricoh Content Manager_ 4120, p.3<br><br>https://webtools.evolvedoffice.com/ProductDocs/4120.pdf |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16**

| |
|---|
| **Collaborate with others**<br><br>**Mark up documents, stay in sync and work as a team**<br><br>Work as a team on a document — no need to rely on emailing files around and risk losing track of the latest version. Mark up and annotate documents without editing the original file, get automatic notifications when there are changes and stay in sync. RICOH Content Manager's versatile sharing and collaboration capabilities are ideal for remote offices, mobile workers and outside vendors or partners. Email files directly from RICOH Content Manager to others or send links to download — no email attachments required.<br><br>Source: Ricoh Content Manager_ 4120, p.4<br><br>https://webtools.evolvedoffice.com/ProductDocs/4120.pdf<br><br>**Access & manage**<br>• View documents without having the native application<br>• Subscriptions — fast access to frequently used cabinets, folders or documents<br>• Notifications — receive alerts when properties of subscribed content are updated<br>• Check in / check out documents for editing<br>• Versioning<br><br>**Collaborate**<br>• Add markups and annotate without altering the original document<br>• Email out — send attachments or links to documents (requires username and password)<br>• Share a direct link to a document with permissions embedded (no username / password required)<br><br>Source: RicohContentManager_Broch_FINAL_020117, p.3<br><br>https://www.Ricoh-americalatina.com/files/19135/RicohContentManager_Broch_FINAL_020117.pdf |

LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT

U.S. Patent No. 6,918,082 vs Defendant Ricoh USA, Inc. - Claim 16

| |
|---|
| **Storing the Scanned Document in the Machine and Sending the URL by E-mail**<br><br>Store a scanned document in the machine and send the URL representing the document in an e-mail (URL link). You can download the document by clicking the URL in the e-mail text.<br><br>• You can obtain the file via an e-mail even in an environment where attaching a file in an e-mail is restricted.<br>• You can reduce the load on the server when distributing a document to many recipients or sending a document comprising many pages.<br><br>Source: Ricoh support<br><br>http://support.Ricoh.com/bb_v1oi/pub_e/oi_view/0001080/0001080399/view/scanner/int/urllink.htm<br><br>The evidence above confirms the Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>An example of "assembles a URL" within the '082 patent is "When a proofer requests a document version, the URL is assembled by combining the protocol and host "<protocol>://<host>" together with the directory tree structure assembled from the information about the document version "<client>/<version>/<name>".  The complete URL takes the form <protocol>://<host>/<client>/<project>/<version>/<name>/." (See '082, e.g., 5:55-61).  An example of "retrieved record" within the '082 patent is "information stored in records 88 for each unique tag 106 include creator identifier 108, creation date and time 110, approval status 112, document description 114, current version number 116 and latest version number 118" (See '082, e.g., 6:10-14).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents.  The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |